**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-14005-CR-ROSENBERG/MAYNARD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**DWUANA PAYNE,**

    **Defendant.**
    _____/

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

    **THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

    1.    I convened a hearing to permit the Defendant to change her plea in this criminal case on April 14, 2023.

    2.    I advised the Defendant of her right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that she did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. DE 17. I reviewed the Plea Agreement on the record and had the Defendant acknowledge that she signed the Plea Agreement. The Defendant pleaded guilty to the Indictment, which charges the defendant with two counts of theft of mail by a postal employee, in violation of 18 U.S.C. § 1709. DE 1.

5. I reviewed with the Defendant the maximum penalties applicable to Counts One and Two. The Defendant acknowledged that she understands the maximum penalties that could be imposed in her case.

6. The Plea Agreement contains provisions regarding restitution. The Defendant acknowledged that she understands restitution is mandatory. The Defendant agrees that she owes restitution in the amount of **$5,050.00** to the U.S.P.S. and D.G. and **$4,007.00** to U.S.P.S. and M.S., for an approximate total restitution amount of **$9,057.00**.

7. The parties submitted a written Acknowledgment of Offense Elements and Stipulation as to Factual Basis for Guilty Plea ("Stipulation"). DE 18. The Stipulation was read into the record and will be filed in this case. The Defendant acknowledged that she signed the Stipulation, understands it, and has had the opportunity to fully discuss it with her attorney. The Defendant agreed that the Stipulation accurately sets forth the facts in her case as she understands them to be. I find that the Stipulation sets forth each of the essential elements of the crimes to which the Defendant is pleading guilty.

8. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters her plea of guilty to the Indictment freely and voluntarily. I accept her guilty plea

and recommend to the District Court that it adjudicate her guilty of Counts One and Two as charged in the Indictment.

9. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's plea of guilty to Counts One and Two of the Indictment be accepted; that the Defendant be adjudicated guilty of the offenses to which she pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 25th day of April, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE